Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
13, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed August 13, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00569-CV

____________

 

IN RE CITICORP NORTH AMERICA, INC. and ASSOCIATES
INFORMATION SERVICES, INC., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
25, 2009, relators, Citicorp North America, Inc., and Associates Information
Services, Inc., filed a petition for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relators ask this court to compel the
Honorable William R. Burke, Jr., presiding judge of the 189th District Court of
Harris County, to vacate his April 27, 2009 stay order.  








Relators
have not established their entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relators= petition for writ of mandamus and
relators= related emergency motion to stay the
trial court=s April 27, 2009 order.  

 

PER CURIAM

 

Panel consists of Justices Anderson,
Guzman, and Boyce.